JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_Whiting@fd.org

Counsel for Defendant CASTANEDA GALLEGOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 24-MJ-71019 MAG |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME; AND [PROPOSED] ORDER |
| v. | ) |
| URIEL CASTANEDA GALLEGOS, | ) |
| Defendant. | ) |

Currently, a preliminary hearing is scheduled for July 22, 2025. The parties are requesting that this hearing be continued to August 14, 2025. The parties stipulate that time should be excluded under the Speedy Trial Act from July 22, 2025, through August 14, 2025.

The Government has produced discovery to Defendant. The defense requires additional time to review the discovery. Additionally, the parties are working on a resolution to this case.

Accordingly, the parties stipulate and agree that excluding time until August 14, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 22, 2025, through August 14, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further stipulate and agree that, given the need to investigate matters which may bear

1  on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing
2  under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of
3  the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate and
4  agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act.
5       IT IS SO STIPULATED.

7  DATED:     July 17, 2025                          /s/
                                                     NEAL C. HONG
8                                                    Assistant United States Attorney

10                                                   /s/
                                                     SOPHIA WHITING
                                                     Counsel for Defendant

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, the Court continues the preliminary hearing scheduled for July 22, 2025, to August 14, 2025, and excludes time under the Speedy Trial Act.  The Court finds that failing to exclude the time from July 22, 2025, through August 14, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from July 22, 2025, through August 14, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 22, 2025, through August 14, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: __July 17, 2025__

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

v. 7/10/2018